UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 19-4556 (LHG) |
| v. | : | |
| SKYLER ROGERS | : | ***CONSENT ORDER*** |

**THIS MATTER** having been opened to the Court by the Defendant, SKYLER ROGERS, by and through his attorney, Michael N. Huff, Esquire, on notice to and with the consent of the Assistant United States Attorney, Ian Brater, Esquire and the United States Pretrial Services Officer Lura Jenkins, the Court having considered the request, the consent of the parties, and for good cause shown;

**IT IS** on this ___15th___ day of ___January___, 20_20_,

**ORDERED** that the Defendant's Pretrial Detention Order is AMENDED as follows: the Defendant may seek and obtain employment with the approval of Pre-Trial Services. All other conditions to remain the same.

BY THE COURT:

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE

1

I hereby consent to the content and form of the above Order.

_____  
Ian D. Brater  
Assistant United States Attorney  
United States Attorney's Office  
District of New Jersey  
402 E. State Street  
Trenton, New Jersey 08608  
(609) 989-2312  
Ian.Brater@usdoj.gov

_____  
Michael N. Huff, Esquire  
1333 Race Street  
Philadelphia, PA 19107  
(215) 567-2120  
michael.huff.esq@gmail.com

/s/ Lura Jenkins
_____  
Lura Jenkins  
U.S. Pretrial Services Agency  
District of New Jersey  
609.989.2056 (office)  
609.989.0486 (fax)